FAEGRE DRINKER BIDDLE & REATH LLP
Jessica R. Maziarz (No. 027353)
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 842-8800
E-mail: jessica.maziarz@faegredrinker.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| SunTree Snack Foods, LLC, a Delaware corporation, | No. CV-23-00111-PHX-DWL |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Atlantix Commodities, LLC, a New York limited liability company, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff SunTree Snack Foods, LLC hereby voluntarily dismisses this action without prejudice. Defendant Atlantix Commodities, LLC has not served an answer, a motion for summary judgment, or any other responsive pleading in this action.

DATED this 6th day of March, 2023.

FAEGRE DRINKER BIDDLE & REATH LLP

By: s/ Jessica R. Maziarz
Jessica R. Maziarz
1500 K Street NW, Suite 1100
Washington, D.C. 20005

Attorneys for Plaintiff

Filed electronically with the Court and served on parties of record by the Court's CM/ECF system this 6th day of March, 2023.

s/ Mary Ann Villa

356137522